**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-KA-1363

State Of Louisiana

                 - - Versus - -

Derrick Odomes

17th Judicial District Court
Case #: 482946
Lafourche Parish

Consolidated with the following:

2023 - KA - 1364
State Of Louisiana
versus
Derrick Odomes

On Application for Rehearing filed on 12/10/2024 by Derrick Odomes

Rehearing _____ *Denied* _____

_____
John Michael Guidry

_____
Allison H. Penzato

_____
Katherine Tess Stromberg

DEC 3 0 2024

Date _____

_____
Rodd Naquin, Clerk